21-556-CV, Carol Comiseong v. US Dept. Housing & Urban Devel Ms. Comiseong, you are present today, so please come up and make yourself comfortable. Put your objects on the table where Mr. Reines is, and then you can be at the podium. And the appellee is on submission. Thank you, Your Honors. Be well and healthy. Thanks, both of you. Good afternoon. Carol Comiseong v. HUD. Good morning. I am closely a litigant. Yes. I'm sorry, I don't know. Hopefully... Can I ask the Courtroom Deputy, is there something we can fix with the microphone? Great. Let's try it like that. And why don't you reset Ms. Comiseong's clock to five minutes, so you won't have lost the microphone adjustment time. Oh, yes. Thank you. Please proceed. So, this appeal is about the lower court overlooking my case, stating that they didn't have jurisdiction over the subject matter, which they did. Judge Broderick overlooked the fact that Section 1331 gives the court jurisdiction to adjudicate this matter. And Section 702 of the U.S. Constitution provides a vehicle. And if you don't mind me quoting what I researched, a person suffering from legal wrong because of agency section or adversely affected or aggrieved by agency action within the meaning of a relevant statute is entitled to judicial review thereof. An action in court of the U.S. seeking relief in stating a claim that an agency or an office or employee thereof acted or failed to act in, which is the case with HUD and the three staffs. They saw that there was reasonable cause for an investigation, and they seem to have started on the good path. However, they didn't complete their actions. They did not share with me the answer that the accused shared with them. And when the conciliation failed, they just did everything one-sided, which didn't include me. And Judge Broderick overlooked all of this, the fact that they were negligent and never do a proper investigation. Then by saying that there was no jurisdiction for them to do the case in the district court, which clearly is wrong, according to Section 702. And I ask this court to take it into consideration when making your decision. And I ask for punitive damages. This case has done great damage to me, my health. I am holding the perpetrators accountable in another court, in state court. But the agency, HUD, shall be held accountable as well for their negligence in this case. I'm sorry I couldn't afford an attorney. I couldn't even do the proper research in courts because everything was closed down because of COVID. And now that some things are open, I am working at the same time these places are open. Like right now, I should be at work, and I am not where I should be at this moment. But I couldn't lose this opportunity that I've waited on for so long to state my case. And I ask the court to have mercy on me as I am not experiencing litigating a case. And this is my plea. Well, thank you very much for coming and taking the time to talk to us today. As you probably heard with the other cases, we don't actually issue a decision today. What we do is because there are three judges, we will go back, we will look at your case, and then eventually there will be a ruling that comes out in writing, and you'll be notified of that. But we do thank you very much for coming into our court today and to arguing your case. Thank you for your time. Thank you very much, Ms. Guzian. And as I said, the appellee is on submission. We have completed the calendar. And, therefore, I would ask that the courtroom deputy adjourn our proceedings. Court is now adjourned.